## CITY OF SHELBYVILLE v. ADAMS.

[No. 22,991. Filed November 10, 1916.]

APPEAL.—*Briefs.*—*Failure of Appellee to File.*—*Reversal.*—Where, on an appeal involving the validity of a city ordinance, the appellee failed to file briefs, the judgment will be reversed.

From Shelby Circuit Court; *Alonzo Blair*, Judge.

Action by the City of Shelbyville against William Adams. From a judgment for defendant, the plaintiff appeals. *Reversed.*

*R. W. Harrison*, for appellant.

*Wray & Campbell*, for appellee.

MORRIS, J.—This appeal presents the question of the validity of a city ordinance, and involves matters of great public concern. Appellee has filed no brief and, because thereof, the judgment is reversed with instructions to set aside the court's ruling on appellee's demurrer, and for a resubmission of the same. *Burroughs* v. *Burroughs* (1913), 180 Ind. 380, 381, 103 N. E. 1, and authorities cited.

NOTE.—Reported in 114 N. E. 1.